No. 1924. GELY, APPELLEE, *v.* RIEFKOHL, APPELLANT.—Reimbursement. San Juan, Section 1. February 1, 1919. *Appeal withdrawn.*

No. 245. SUCCESSION OF LEÓN PAZ, PETITIONER, *v.* SEPÚLVEDA, DISTRICT JUDGE, RESPONDENT.—Certiorari. February 6, 1919. *Appeal withdrawn.*

No. 1361. PEOPLE, APPELLEE, *v.* PÉREZ, APPELLANT.—Violation of section 290 of the Penal Code. San Juan, Section 2. February 7, 1919. *Reversed.*

No. 242. MARTÍNEZ, PETITIONER, *v.* CROSAS, DISTRICT JUDGE, RESPONDENT.—Certiorari. February 7, 1919. *Reconsideration denied.*

No. 1329. PEOPLE, APPELLEE, *v.* BARBOSA, APPELLANT.—Violation of the Weights and Measures Act. Humacao. February 14, 1919. *Affirmed.*

No. 1371. PEOPLE, APPELLEE, *v.* RUBIO, APPELLANT.—Voluntary homicide. Mayagüez. February 18, 1919. *Appeal withdrawn.*

No. 1368. PEOPLE, APPELLEE, *v.* ORTA, APPELLANT.—Breach of Peace. San Juan, Section 2. February 20, 1919. *Affirmed.*

No. 1935. CATHOLIC CHURCH, APPELLANT-APPELLEE, *v.* MUNICIPALITY OF BAYAMÓN, APPELLEE-APPELLANT.—Ejectment. San Juan, Section 1. February 24, 1919. *Appeal dismissed.*

No. 247. FRANCESCHI, PETITIONER, *v.* LÓPEZ ACOSTA, DISTRICT JUDGE, RESPONDENT.—Certiorari. February 26, 1919. *Petition denied.*